UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No. 25-mj-56-MJS |
| v. : | |
| : | |
| **DARNELL EARL CHRISTIAN** : | |
| : | |
| **Defendant.** : | |

**GOVERNMENT'S MOTION TO LIFT STAY AND RELEASE DEFENDANT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court to lift the emergency stay granted by the Court on March 31, 2025.

At the defendant's initial appearance on March 31, 2025, the United States sought the defendant's detention pending trial pursuant to 18 U.S.C. §§ 3142(f)(1)(E) (felony offense involving a firearm). The Court set a same-day detention hearing, and on March 31, 2025, denied the Government's motion for pretrial detention, releasing the defendant to home detention (with GPS monitoring) under the supervision of a third-party custodian. The Government subsequently moved for an emergency stay of the Court's release order to allow the Government to consider an appeal. The Court granted that temporary stay, providing the Government until 3:00 p.m. on April 1, 2025 to do so.

The Government has determined that it will not seek an emergency appeal of the Court's release order, and therefore requests that the Court vacate the temporary stay and release the defendant pursuant to the Court's proposed conditions of release.

        Respectfully submitted,

        EDWARD R. MARTIN, JR.
        UNITED STATES ATTORNEY

By:            /s/
        TIFFANY WYNN
        Special Assistant United States Attorney
        D.C. Bar Number 1011424
        United States Attorney's Office
        601 D Street NW
        Washington, D.C. 20530
        Telephone: (202) 252-2400
        Tiffany.wynn2@usdoj.gov

3

**CERTIFICATE OF SERVICE**

    I hereby certify that I caused a copy of the foregoing to be served upon counsel of record via the Electronic Case Filing (ECF) system on April 1, 2025.

    By:    */s/ Tiffany Wynn*
              Tiffany Wynn
              Special Assistant United States Attorney